CAMARDO LAW FIRM, P.C.

127 GENESEE STREET
AUBURN, NEW YORK 13021
WWW.CAMARDO.COM

JOSEPH A. CAMARDO, JR.
NANCY M. CAMARDO *
*admitted to Georgia Bar only
KEVIN M. COX
JUSTIN T. HUFFMAN

PHONE: (315) 252-3846
FAX: (315) 252-3508
E-MAIL: LAWFIRM@CAMARDO.COM

MANAGER-GOVERNMENT COST/PRICE ANALYST
JOSEPH W. NORRIS, M.B.A.

**Via ECF**

May 21, 2018

Hon. Therese Wiley Dancks
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261-7346

**Re:** **<u>Palomo v. DeMaio, et al.</u>**
**Case No. 5:15-cv-01536-LEK-TWD**

Dear Judge Dancks:

I am writing pursuant to paragraph 6(b) of the Stipulated Protective Order entered in this matter (Docket No. 31), to request an Order requiring Plaintiff to file certain documents produced by Defendants under seal. With respect thereto, please be advised of the following:

1. On Wednesday, May 16, 2018 at 5:48pm, counsel for Plaintiffs sent counsel for Defendants an email, indicating that pursuant to paragraph 6(b) of the protective order, Plaintiff "may" use a broad swath of documentation previously designated as protected which were produced by Defendants over the course of discovery, constituting 1,956 pages, not including natively-produced files (constituting substantial additional documentation) (Attachment A).

2. Defendants diligently reviewed the records to determine which documents, and on Saturday, May 19, 2018, Defendants identified a select number of documents they wished to remain confidential, as Defendants contend that such documents contain proprietary information, sensitive financial data, and other trade secrets, as Defendants have been engaged in all aspects for the music business for over 30 years, and operate world-renowned heavy metal band Manowar (indicating that Defendants had no objection to the documents being filed under seal). Defendants also requested that certain items be redacted in addition to the personal information required to be redacted pursuant to Fed.R.Civ.P. 5.2, as Magic Circle has cultivated its business contacts over the course of decades, and should not have to disclose personal contact information for all of such contacts (Attachment B).

3. Defendants also noted that any documents produced by Plaintiff containing non-public Magic Circle information, trade secrets, or proprietary materials should only be filed under seal unless approved by Magic Circle, as Plaintiff should not have such materials to begin with, as his service and nondisclosure agreements with Defendants required him to surrender such materials to Magic Circle upon the termination of his services to Magic Circle.

4. Plaintiff's counsel responded on May 19, 2018, indicating that he objected to all of Defendants' comments, and noted that it is Defendants' obligation to move the Court to require Plaintiff to file such documents under seal (Attachment C).

5. Pursuant to paragraph 6(a) of the Protective Order, sealing of documents should satisfy the requirements under Logosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d.Cir.2006). Said case requires that "Documents may be sealed if specific, on the record findings are made demonstrating that closure is essential to preserve higher values and is narrowly tailored to serve that interest." Here, as noted above, Defendants' have designated selected documents that they believe should remain confidential because they contain proprietary information, sensitive financial data, and other trade secrets cultivated by Defendants in their more-than-30-years of experience in the music industry.

6. As such, Defendants respectfully request that the Court enter an Order requiring Plaintiff to file the documents designated by Defendants in its May 19, 2018 email (Attachment B) under seal. If necessary to make a determination on this matter, Defendants will be happy to supply such records to the Court for an in-camera review.

Thank you for your attention to this matter. If you have any further questions or comments, please do not hesitate to contact the undersigned.

Respectfully,

/s/ Justin T. Huffman
Justin T. Huffman, Esq.
*Counsel for Defendants*

Enc.
cc: Brian Calandra / Benjamin Klebanoff, via ECF

# ATTACHMENT A

**Justin Huffman**

---

**From:** Benjamin Klebanoff <Benjamin.Klebanoff@Shearman.com>
**Sent:** Wednesday, May 16, 2018 5:48 PM
**To:** 'Joe Camardo' (joecamardo@camardo.com); Justin T. Huffman (justinhuffman@camardo.com)
**Cc:** Brian Calandra; lawfirm@camardo.com
**Subject:** Palomo v. DeMaio, No. 15-cv-1536 (N.D.N.Y.)

Counsel,
Pursuant to paragraph 6(b) of the protective order (ECF No. 31) in the above captioned action, Mr. Palomo, by and through his undersigned counsel, provides notice that he may use the documents noted below in support of his motion for summary judgment. Please let us know by the close of business on Friday if there is a document that you intend to move to be filed under seal, so that we can plan accordingly.

- All deposition exhibits reflecting documents produced by defendants, including documents produced natively
- Audio recordings produced by defendants of meetings recorded in December 2011 and May 2012
- All natively produced "QuickBook" reports reflecting defendants purported financial position, including revues and expenses
- All natively produced receipts reflected defendants purported expenditures on behalf of HolyHell
- Natively produced spreadsheet purporting to document HolyHell's tour history
- MagicCircle00001-91 (with all native attachments)
- MagicCircle00103-04
- MagicCircle00161-250 (with all native attachments)
- MagicCircle00285-325 (with all native attachments)
- MagicCircle00405-462 (with all native attachments)
- MagicCircle00555-568 (with all native attachments)
- MagicCircle00646-47
- MagicCircle00823-830 (with all native attachments)
- MagicCircle00854-883 (with all native attachments)
- MagicCircle00891-1646 (with all native attachments)
- MagicCircle01675-76
- MagicCircle02151-60
- MagicCircle02179-601
- MagicCircle02682-3120

Benjamin Klebanoff
Associate

---

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
D +1.212.848.7316 | F +1.646.848.7316
benjamin.klebanoff@shearman.com | www.shearman.com

This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited. In such an event, please notify us immediately by reply email or by phone (collect at 212-848-4000) and immediately delete this message and all attachments.

# ATTACHMENT B

**Justin Huffman**

---

**From:** Justin Huffman <justinhuffman@camardo.com>
**Sent:** Saturday, May 19, 2018 2:39 PM
**To:** 'Benjamin Klebanoff'
**Cc:** 'Brian Calandra'; lawfirm@camardo.com
**Subject:** RE: Palomo v. DeMaio, No. 15-cv-1536 (N.D.N.Y.)

Ben,

Thank you for agreeing to the release of the documents we requested. With respect to the documents and materials which you have requested release, my clients have the following comments (note that their review is ongoing, and we will supplement as their review continues):

**GENERAL:**

- As previously discussed, email domain names, addresses, and phone numbers should be redacted, as well as other personal info pursuant to FRCP 5.2
- All documents used must have non-party email addresses, addresses, and other personal info redacted
- All documents produced by Mr. Palomo in his discovery from his work at Magic Circle, or other third party witnesses containing any non-public Magic Circle information, trade secrets, or proprietary materials may only be filed under seal unless approved by Magic Circle within this request.
- Defendants have no objection to the filing of any of the below "not released" documents under seal for review by the Court.

**All deposition exhibits reflecting documents produced by defendants, including documents produced natively**
See general terms above. Specific documents are addressed below. If not addressed below, under seal only

**Audio recordings produced by defendants of meetings recorded in December 2011 and May 2012**
Under seal only

**All natively produced "QuickBook" reports reflecting defendants purported financial position, including revues and expenses**
Under seal only

**All natively produced receipts reflected defendants purported expenditures on behalf of HolyHell**
Under seal only

**Natively produced spreadsheet purporting to document HolyHell's tour history**
Under seal only

**MagicCircle00001-91 (with all native attachments)**
Ok (including native attachments)

**MagicCircle00103-04**
ok

**MagicCircle00161-250 (with all native attachments)**
NOT APPROVED:
161-164, 173-180, 183, 186-189, 192-200, 202, 204-217, 221-228, 230, 241-242, 244-245, 248-250
All native attachments under seal only

**MagicCircle00285-325 (with all native attachments)**
NOT APPROVED:
285, 291-296, 299-301, 303-307, 310, 312, 315-322, 324
All native attachments under seal only

**MagicCircle00405-462 (with all native attachments)**
NOT APPROVED:
410-411, 413, 415, 417, 421, 425, 427, 430, 436, 441, 446-448, 451, 453-454, 456-460
All native attachments under seal only

**MagicCircle00555-568 (with all native attachments)**
NOT APPROVED:
555, 558-559, 562, 564-565, 567
All native attachments under seal only

**MagicCircle00646-47**
ok

**MagicCircle00823-830 (with all native attachments)**
NOT APPROVED:
826, 829
All native attachments under seal only

**MagicCircle00854-883 (with all native attachments)**
NOT APPROVED:
854-856, 858, 861, 864, 866, 868, 870-871, 873-874, 876
All native attachments under seal only

**MagicCircle00891-1646 (with all native attachments)**
NOT APPROVED:
898, 915-919, 921, 927-928, 932-933, 935, 937, 939, 945-947, 949-952, 961-962, 964-965, 967, 969-970, 974-975, 980, 982-983, 986, 988, 990, 992-995, 999, 1002-1003, 1005-1006, 1019, 1021, 1044-1045, 1048-1054, 1058-1059, 1064, 1074, 1090, 1092, 1094-1096, 1100-1104, 1117-1119, 1125 (incl attachment), 1142, 1144, 1147-1148, 1150, 1153-1154, 1156, 1169, 1185, 1192, 1198, 1209-1210, 1124-1127, 1230-1233, 1236, 1252-1253, 1276, 1280-1281, 1284, 1286-1287, 1294, 1305, 1308, 1311, 1313, 1316, 1319, 1324-1326, 1329-1330, 1335-1337, 1339-1340, 1344-1345, 1348-1349, 1351, 1354, 1357-1358, 1361-1362, 1367-1368, 1395, 1397-1398, 1409, 1419, 1421, 1428, 1432, 1436-1437, 1440, 1477, 1482-1483, 1513, 1529, 1543-1544, 1559, 1561-1562, 1564, 1566, 1568-1569, 1575-1576, 1583-1585, 1587 (mail ok, attachment not), 1588, 1590, 1602-1603, 1614
All native attachments under seal only

**MagicCircle01675-76**
ok

**MagicCircle02151-60**
Under seal only

**MagicCircle02179-601**
Under seal only

**MagicCircle02682-3120**
Under seal only

**Justin T. Huffman, Esq.**
CAMARDO LAW FIRM, P.C.
127 Genesee Street
Auburn, NY 13021
Tel: (315) 252-3846
Fax: (315) 252-3508
www.camardo.com

Follow Camardo Law Firm, P.C. on Social Media:
Facebook: www.facebook.com/CamardoLaw
Twitter: www.twitter.com/CamardoLaw

**CONFIDENTIALITY NOTICE:**
This email message and any attachments are confidential and intended solely for the named addressee(s). They may be subject to legal, professional or other privilege or may be protected by other legal rules. They must not be disclosed to anyone without the sender's authorization. If you are not the intended recipient or authorized to receive this email for the intended recipient, you may not disclose, copy, distribute or retain this message or any part of it.

We would appreciate it if you would notify us if you received this message but were not the intended recipient.

Thank you,
Camardo Law Firm, P.C.

**From:** Benjamin Klebanoff <Benjamin.Klebanoff@Shearman.com>
**Sent:** Friday, May 18, 2018 6:59 PM
**To:** Justin Huffman <justinhuffman@camardo.com>
**Cc:** Brian Calandra <Brian.Calandra@Shearman.com>; lawfirm@camardo.com
**Subject:** RE: Palomo v. DeMaio, No. 15-cv-1536 (N.D.N.Y.)

Justin,
Thanks for the update, we look forward to hearing about any documents you intend to move for filing under seal tomorrow. As for the documents you noted, we trust that you will redact any information as required by Rule 5.2 of the Federal Rules of Civil Procedure before filing these materials, but are otherwise fine with them being filed publicly.
Ben

Benjamin Klebanoff
Associate

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
D +1.212.848.7316 | F +1.646.848.7316
benjamin.klebanoff@shearman.com | www.shearman.com

**From:** Justin Huffman [mailto:justinhuffman@camardo.com]
**Sent:** Friday, May 18, 2018 6:34 PM
**To:** Benjamin Klebanoff
**Cc:** Brian Calandra; lawfirm@camardo.com
**Subject:** RE: Palomo v. DeMaio, No. 15-cv-1536 (N.D.N.Y.)

Ben,

As we discussed on the phone earlier, I'll get you a response as soon as I can regarding releasing the materials you requested. As you know, you requested that a substantial amount of documentation be released, and my client is still working their way through the documents. I'll get you a response as to as much as I can tomorrow morning.

**Justin T. Huffman, Esq.**
CAMARDO LAW FIRM, P.C.
127 Genesee Street
Auburn, NY 13021
Tel: (315) 252-3846
Fax: (315) 252-3508
www.camardo.com

Follow Camardo Law Firm, P.C. on Social Media:
Facebook: www.facebook.com/CamardoLaw
Twitter: www.twitter.com/CamardoLaw

**CONFIDENTIALITY NOTICE:**
This email message and any attachments are confidential and intended solely for the named addressee(s). They may be subject to legal, professional or other privilege or may be protected by other legal rules. They must not be disclosed to anyone without the sender's authorization. If you are not the intended recipient or authorized to receive this email for the intended recipient, you may not disclose, copy, distribute or retain this message or any part of it.

We would appreciate it if you would notify us if you received this message but were not the intended recipient.

Thank you,
Camardo Law Firm, P.C.

**From:** Justin Huffman <justinhuffman@camardo.com>
**Sent:** Friday, May 18, 2018 2:54 PM
**To:** 'Benjamin Klebanoff' <Benjamin.Klebanoff@Shearman.com>; 'Brian Calandra' <Brian.Calandra@Shearman.com>
**Cc:** lawfirm@camardo.com
**Subject:** RE: Palomo v. DeMaio, No. 15-cv-1536 (N.D.N.Y.)

Ben/Brian,

I'll be in touch with you shortly with respect to the documents that you are looking to use in your motion.

With respect to Defendants' motion, we would ask that you consent to the release of the following handful of documents for use:

1430
1456
1104-1136, 1250-1290, 6547-48 (the documents you identified as responsive to document request/interrogatory no. 7, minus the garbled pages)

We have no objection to redacting email domain names, any account numbers, or other personal identifiers that may appear in those documents to the extent that you deem necessary. Please let us know ASAP. Thanks.

**Justin T. Huffman, Esq.**
CAMARDO LAW FIRM, P.C.
127 Genesee Street
Auburn, NY 13021

Tel: (315) 252-3846
Fax: (315) 252-3508
www.camardo.com

Follow Camardo Law Firm, P.C. on Social Media:
Facebook: www.facebook.com/CamardoLaw
Twitter: www.twitter.com/CamardoLaw

**CONFIDENTIALITY NOTICE:**

This email message and any attachments are confidential and intended solely for the named addressee(s). They may be subject to legal, professional or other privilege or may be protected by other legal rules. They must not be disclosed to anyone without the sender's authorization. If you are not the intended recipient or authorized to receive this email for the intended recipient, you may not disclose, copy, distribute or retain this message or any part of it.

We would appreciate it if you would notify us if you received this message but were not the intended recipient.

Thank you,
Camardo Law Firm, P.C.

**From:** Benjamin Klebanoff <Benjamin.Klebanoff@Shearman.com>
**Sent:** Wednesday, May 16, 2018 5:48 PM
**To:** 'Joe Camardo' (joecamardo@camardo.com) <joecamardo@camardo.com>; Justin T. Huffman (justinhuffman@camardo.com) <justinhuffman@camardo.com>
**Cc:** Brian Calandra <Brian.Calandra@Shearman.com>; lawfirm@camardo.com
**Subject:** Palomo v. DeMaio, No. 15-cv-1536 (N.D.N.Y.)

Counsel,
Pursuant to paragraph 6(b) of the protective order (ECF No. 31) in the above captioned action, Mr. Palomo, by and through his undersigned counsel, provides notice that he may use the documents noted below in support of his motion for summary judgment. Please let us know by the close of business on Friday if there is a document that you intend to move to be filed under seal, so that we can plan accordingly.

- All deposition exhibits reflecting documents produced by defendants, including documents produced natively
- Audio recordings produced by defendants of meetings recorded in December 2011 and May 2012
- All natively produced "QuickBook" reports reflecting defendants purported financial position, including revues and expenses
- All natively produced receipts reflected defendants purported expenditures on behalf of HolyHell
- Natively produced spreadsheet purporting to document HolyHell's tour history
- MagicCircle00001-91 (with all native attachments)
- MagicCircle00103-04
- MagicCircle00161-250 (with all native attachments)
- MagicCircle00285-325 (with all native attachments)
- MagicCircle00405-462 (with all native attachments)
- MagicCircle00555-568 (with all native attachments)
- MagicCircle00646-47
- MagicCircle00823-830 (with all native attachments)
- MagicCircle00854-883 (with all native attachments)
- MagicCircle00891-1646 (with all native attachments)
- MagicCircle01675-76
- MagicCircle02151-60
- MagicCircle02179-601
- MagicCircle02682-3120

Benjamin Klebanoff
Associate

---

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
D +1.212.848.7316 | F +1.646.848.7316
benjamin.klebanoff@shearman.com | www.shearman.com

This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited. In such an event, please notify us immediately by reply email or by phone (collect at 212-848-4000) and immediately delete this message and all attachments.

# ATTACHMENT C

**Justin Huffman**

**From:** Benjamin Klebanoff <Benjamin.Klebanoff@Shearman.com>
**Sent:** Saturday, May 19, 2018 3:16 PM
**To:** Justin Huffman
**Cc:** Brian Calandra; LawFirm
**Subject:** Re: Palomo v. DeMaio, No. 15-cv-1536 (N.D.N.Y.)

Justin,
Just for the sake of clarity, I also note that the terms of 6(b) of the protective order apply to another producer's confidentiality designations; the producer of a document can file publicly any materials that they have produced and designated confidential as they see fit.
Ben

---

On: 19 May 2018 15:10,
"Benjamin Klebanoff" <Benjamin.Klebanoff@Shearman.com> wrote:

Justin,
Thank you for your note. We note that under the express terms of the protective order, Defendants have the obligation to move the Court for permission to have any documents filed under seal. We do not believe any of these documents are confidential, as many of them are over five years old, and none of them, particularly the audio recordings of meetings, contain any trade secrets, and will, accordingly, oppose any such motion. Moreover many of these documents, or documents like these documents, were discussed in the course of depositions, which are not confidential under the terms of the protective order. Should you choose to proceed with filing such a motion, we will prepare versions of the exhibits to be filed publicly.

As for the redactions you note, you and I did not discuss redacting email domain names, phone numbers or, frankly, any redactions at all with respect to materials that will be filed in support of our motion for summary judgment. We will redact any materials required by Federal Rule of Civil Procedure 5.2. We are willing to discuss any other redactions you propose, but note that when we expressly did request the redactions of certain materials not required by Rile 5.2, those redactions were not carried through in briefing that defendants filed.

I look forward to hearing the rest of your initial views as to the materials we noted we may file in support of Mr. Palomo's motion for summary judgment.
Ben

On: 19 May 2018 14:39, "Justin Huffman" <justinhuffman@camardo.com> wrote:

Ben,

Thank you for agreeing to the release of the documents we requested. With respect to the documents and materials which you have requested release, my clients have the following comments (note that their review is ongoing, and we will supplement as their review continues):

**GENERAL:**

- As previously discussed, email domain names, addresses, and phone numbers should be redacted, as well as other personal info pursuant to FRCP 5.2
- All documents used must have non-party email addresses, addresses, and other personal info redacted
- All documents produced by Mr. Palomo in his discovery from his work at Magic Circle, or other third party witnesses containing any non-public Magic Circle information, trade secrets, or proprietary materials may only be filed under seal unless approved by Magic Circle within this request.
- Defendants have no objection to the filing of any of the below "not released" documents under seal for review by the Court.

**All deposition exhibits reflecting documents produced by defendants, including documents produced natively**
See general terms above. Specific documents are addressed below. If not addressed below, under seal only

**Audio recordings produced by defendants of meetings recorded in December 2011 and May 2012**
Under seal only

**All natively produced "QuickBook" reports reflecting defendants purported financial position, including revues and expenses**
Under seal only

**All natively produced receipts reflected defendants purported expenditures on behalf of HolyHell**
Under seal only

**Natively produced spreadsheet purporting to document HolyHell's tour history**
Under seal only

**MagicCircle00001-91 (with all native attachments)**
Ok (including native attachments)

**MagicCircle00103-04**
ok

**MagicCircle00161-250 (with all native attachments)**
NOT APPROVED:
161-164, 173-180, 183, 186-189, 192-200, 202, 204-217, 221-228, 230, 241-242, 244-245, 248-250
All native attachments under seal only

**MagicCircle00285-325 (with all native attachments)**
NOT APPROVED:
285, 291-296, 299-301, 303-307, 310, 312, 315-322, 324
All native attachments under seal only

**MagicCircle00405-462 (with all native attachments)**
NOT APPROVED:
410-411, 413, 415, 417, 421, 425, 427, 430, 436, 441, 446-448, 451, 453-454, 456-460
All native attachments under seal only

**MagicCircle00555-568 (with all native attachments)**
NOT APPROVED:
555, 558-559, 562, 564-565, 567
All native attachments under seal only

**MagicCircle00646-47**

ok

**MagicCircle00823-830 (with all native attachments)**
NOT APPROVED:
826, 829
All native attachments under seal only

**MagicCircle00854-883 (with all native attachments)**
NOT APPROVED:
854-856, 858, 861, 864, 866, 868, 870-871, 873-874, 876
All native attachments under seal only

**MagicCircle00891-1646 (with all native attachments)**
NOT APPROVED:
898, 915-919, 921, 927-928, 932-933, 935, 937, 939, 945-947, 949-952, 961-962, 964-965, 967, 969-970, 974-975, 980, 982-983, 986, 988, 990, 992-995, 999, 1002-1003, 1005-1006, 1019, 1021, 1044-1045, 1048-1054, 1058-1059, 1064, 1074, 1090, 1092, 1094-1096, 1100-1104, 1117-1119, 1125 (incl attachment), 1142, 1144, 1147-1148, 1150, 1153-1154, 1156, 1169, 1185, 1192, 1198, 1209-1210, 1124-1127, 1230-1233, 1236, 1252-1253, 1276, 1280-1281, 1284, 1286-1287, 1294, 1305, 1308, 1311, 1313, 1316, 1319, 1324-1326, 1329-1330, 1335-1337, 1339-1340, 1344-1345, 1348-1349, 1351, 1354, 1357-1358, 1361-1362, 1367-1368, 1395, 1397-1398, 1409, 1419, 1421, 1428, 1432, 1436-1437, 1440, 1477, 1482-1483, 1513, 1529, 1543-1544, 1559, 1561-1562, 1564, 1566, 1568-1569, 1575-1576, 1583-1585, 1587 (mail ok, attachment not), 1588, 1590, 1602-1603, 1614
All native attachments under seal only

**MagicCircle01675-76**
ok

**MagicCircle02151-60**
Under seal only

**MagicCircle02179-601**
Under seal only

**MagicCircle02682-3120**
Under seal only

**Justin T. Huffman, Esq.**
CAMARDO LAW FIRM, P.C.
127 Genesee Street
Auburn, NY 13021
Tel: (315) 252-3846
Fax: (315) 252-3508
www.camardo.com

Follow Camardo Law Firm, P.C. on Social Media:
Facebook: www.facebook.com/CamardoLaw
Twitter: www.twitter.com/CamardoLaw

**CONFIDENTIALITY NOTICE:**
This email message and any attachments are confidential and intended solely for the named addressee(s). They may be subject to legal, professional or other privilege or may be protected by other legal rules. They must not be disclosed to

anyone without the sender's authorization. If you are not the intended recipient or authorized to receive this email for the intended recipient, you may not disclose, copy, distribute or retain this message or any part of it.

We would appreciate it if you would notify us if you received this message but were not the intended recipient.

Thank you,
Camardo Law Firm, P.C.


**From:** Benjamin Klebanoff <Benjamin.Klebanoff@Shearman.com>
**Sent:** Friday, May 18, 2018 6:59 PM
**To:** Justin Huffman <justinhuffman@camardo.com>
**Cc:** Brian Calandra <Brian.Calandra@Shearman.com>; lawfirm@camardo.com
**Subject:** RE: Palomo v. DeMaio, No. 15-cv-1536 (N.D.N.Y.)

Justin,
Thanks for the update, we look forward to hearing about any documents you intend to move for filing under seal tomorrow. As for the documents you noted, we trust that you will redact any information as required by Rule 5.2 of the Federal Rules of Civil Procedure before filing these materials, but are otherwise fine with them being filed publicly.
Ben

Benjamin Klebanoff
Associate

---

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
D +1.212.848.7316 | F +1.646.848.7316
benjamin.klebanoff@shearman.com | www.shearman.com


**From:** Justin Huffman [mailto:justinhuffman@camardo.com]
**Sent:** Friday, May 18, 2018 6:34 PM
**To:** Benjamin Klebanoff
**Cc:** Brian Calandra; lawfirm@camardo.com
**Subject:** RE: Palomo v. DeMaio, No. 15-cv-1536 (N.D.N.Y.)

Ben,

As we discussed on the phone earlier, I'll get you a response as soon as I can regarding releasing the materials you requested. As you know, you requested that a substantial amount of documentation be released, and my client is still working their way through the documents. I'll get you a response as to as much as I can tomorrow morning.

**Justin T. Huffman, Esq.**
CAMARDO LAW FIRM, P.C.
127 Genesee Street
Auburn, NY 13021
Tel: (315) 252-3846
Fax: (315) 252-3508
www.camardo.com

Follow Camardo Law Firm, P.C. on Social Media:
Facebook: www.facebook.com/CamardoLaw
Twitter: www.twitter.com/CamardoLaw

**CONFIDENTIALITY NOTICE:**

This email message and any attachments are confidential and intended solely for the named addressee(s). They may be subject to legal, professional or other privilege or may be protected by other legal rules. They must not be disclosed to anyone without the sender's authorization. If you are not the intended recipient or authorized to receive this email for the intended recipient, you may not disclose, copy, distribute or retain this message or any part of it.

We would appreciate it if you would notify us if you received this message but were not the intended recipient.

Thank you,
Camardo Law Firm, P.C.

**From:** Justin Huffman <justinhuffman@camardo.com>
**Sent:** Friday, May 18, 2018 2:54 PM
**To:** 'Benjamin Klebanoff' <Benjamin.Klebanoff@Shearman.com>; 'Brian Calandra' <Brian.Calandra@Shearman.com>
**Cc:** lawfirm@camardo.com
**Subject:** RE: Palomo v. DeMaio, No. 15-cv-1536 (N.D.N.Y.)

Ben/Brian,

I'll be in touch with you shortly with respect to the documents that you are looking to use in your motion.

With respect to Defendants' motion, we would ask that you consent to the release of the following handful of documents for use:

1430
1456
1104-1136, 1250-1290, 6547-48 (the documents you identified as responsive to document request/interrogatory no. 7, minus the garbled pages)

We have no objection to redacting email domain names, any account numbers, or other personal identifiers that may appear in those documents to the extent that you deem necessary. Please let us know ASAP. Thanks.

**Justin T. Huffman, Esq.**
CAMARDO LAW FIRM, P.C.
127 Genesee Street
Auburn, NY 13021
Tel: (315) 252-3846
Fax: (315) 252-3508
www.camardo.com

Follow Camardo Law Firm, P.C. on Social Media:
Facebook: www.facebook.com/CamardoLaw
Twitter: www.twitter.com/CamardoLaw

**CONFIDENTIALITY NOTICE:**
This email message and any attachments are confidential and intended solely for the named addressee(s). They may be subject to legal, professional or other privilege or may be protected by other legal rules. They must not be disclosed to anyone without the sender's authorization. If you are not the intended recipient or authorized to receive this email for the intended recipient, you may not disclose, copy, distribute or retain this message or any part of it.

We would appreciate it if you would notify us if you received this message but were not the intended recipient.

Thank you,
Camardo Law Firm, P.C.

**From:** Benjamin Klebanoff <Benjamin.Klebanoff@Shearman.com>
**Sent:** Wednesday, May 16, 2018 5:48 PM
**To:** 'Joe Camardo' (joecamardo@camardo.com) <joecamardo@camardo.com>; Justin T. Huffman (justinhuffman@camardo.com) <justinhuffman@camardo.com>
**Cc:** Brian Calandra <Brian.Calandra@Shearman.com>; lawfirm@camardo.com
**Subject:** Palomo v. DeMaio, No. 15-cv-1536 (N.D.N.Y.)

Counsel,
Pursuant to paragraph 6(b) of the protective order (ECF No. 31) in the above captioned action, Mr. Palomo, by and through his undersigned counsel, provides notice that he may use the documents noted below in support of his motion for summary judgment. Please let us know by the close of business on Friday if there is a document that you intend to move to be filed under seal, so that we can plan accordingly.

- All deposition exhibits reflecting documents produced by defendants, including documents produced natively
- Audio recordings produced by defendants of meetings recorded in December 2011 and May 2012
- All natively produced "QuickBook" reports reflecting defendants purported financial position, including revues and expenses
- All natively produced receipts reflected defendants purported expenditures on behalf of HolyHell
- Natively produced spreadsheet purporting to document HolyHell's tour history
- MagicCircle00001-91 (with all native attachments)
- MagicCircle00103-04
- MagicCircle00161-250 (with all native attachments)
- MagicCircle00285-325 (with all native attachments)
- MagicCircle00405-462 (with all native attachments)
- MagicCircle00555-568 (with all native attachments)
- MagicCircle00646-47
- MagicCircle00823-830 (with all native attachments)
- MagicCircle00854-883 (with all native attachments)
- MagicCircle00891-1646 (with all native attachments)
- MagicCircle01675-76
- MagicCircle02151-60
- MagicCircle02179-601
- MagicCircle02682-3120

Benjamin Klebanoff
Associate

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
D +1.212.848.7316 | F +1.646.848.7316
benjamin.klebanoff@shearman.com | www.shearman.com

This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited. In such an event, please notify us immediately by reply email or by phone (collect at 212-848-4000) and immediately delete this message and all attachments.